# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis Olivas-Castelo,<br>a.k.a.: Jose Luis Olivas,<br>(A 078 302 363)<br>*Defendant* | Case No. 16-6485mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 25, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Luis Olivas-Castelo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about October 24, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

René A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2016

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 25, 2015, Jose Luis Olivas-Castelo was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While in custody at MCJ, Olivas-Castelo was encountered by ICE Officer M. Paredes who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 2, 2016, Olivas-Castelo was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Olivas-Castelo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Luis Olivas-Castelo to be a citizen of Mexico and a previously deported alien. Olivas-Castelo was removed from the United States to Mexico through Nogales, Arizona, on or about October 24, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Olivas-Castelo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

1

Homeland Security to return to the United States after his removal. Olivas-Castelo's immigration history was matched to him by electronic fingerprint comparison.

4. On November 2, 2016, Jose Luis Olivas-Castelo was advised of his constitutional rights. Olivas-Castelo freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about December 25, 2015, Jose Luis Olivas-Castelo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about October 24, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
René A. Lopez
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 3rd day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge

2